# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEFFERY WILKES**                                                                **PLAINTIFF**

**v.**                              **No. 3:23-cv-00175-JM-ERE**

**SOCIAL SECURITY ADMINSITRATION**                              **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 12)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 8 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE