IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFERY WILKES**                                                                 **PLAINTIFF**

v.                            No. 3:23-cv-00175-JM-ERE

**SOCIAL SECURITY ADMINSITRATION**                          **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 8 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE