IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WILKES                                                                                  PLAINTIFF

V.                                        3:23CV00175 JM

SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER,                                                                             DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 15) in the amount of $3,757.40. The Defendant does not object.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (ECF No. 13), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Court finds that the Plaintiff is the prevailing party, and the agreed amount of attorney's fees are reasonable.

Accordingly, it is hereby ORDERED,

(1) the motion for attorney's fees (ECF No. 15) is GRANTED;

(2) Plaintiff's attorney is entitled to an attorney's fee in the amount of $3,757.40 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and

(3) that the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 23rd day of April, 2024.

_____
James M. Moody Jr
United States District Judge